NO. 07-03-0153-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



OCTOBER 6, 2003



______________________________




CAROL CHAVARRIA, APPELLANT



V.



THE STATE OF TEXAS, DEFENDANT CREDITOR AND PAUL DRAGER,

CONSTABLE, PRECINCT 1, HALE COUNTY, TEXAS DEFENDANT, APPELLEES



_________________________________



FROM THE 64TH DISTRICT COURT OF HALE COUNTY;



NO. A29526-9712; HONORABLE JACK R. MILLER, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before this Court is Carol Chavarria's motion for voluntary dismissal by
which she represents the parties have reached an agreement to settle and compromise
their differences. Without passing on the merits of the case, the motion is granted and the
appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at
Chavarria's request, no motion for rehearing will be entertained and our mandate will issue
forthwith.

 Don H. Reavis

 Justice



er>EN-US
 X-NONE
 X-NONE
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









                                                            NO.
07-10-0050-CV

                                                                              

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                      PANEL
B

 

                                                                  JUNE
7, 2010

                                            ______________________________

 

                                         Estate
of CAROL REE STAHL, Deceased

 

_________________________________

 

               FROM THE COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

 

                    NO.
2002-303-P; HONORABLE RONNIE WALKER, PRESIDING

                                           _______________________________

 

                                                  ORDER
DISMISSING APPEAL

       _______________________________

 

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we
grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. 
Having dismissed the appeal at appellant=s
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

 

Brian
Quinn

       Chief Justice